| | |
|---|---|
| **FORM 9A. Notice of Related Case Information** | **Form 9A (p. 1)**<br>**March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2024-1566

**Short Case Caption** CVB, Inc. v. US

**Filing Party/Entity** Mattress Petitioners

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Please see Attachment A.

☑   Additional pages attached

FORM 9A. Notice of Related Case Information　　　　　　　　　　　　Form 9A (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Please see Attachment A.

☑ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Please see Attachment A.

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/18/2024

Signature: /s/ Yohai Baisburd

Name: Yohai Baisburd

# Attachment A to Form 9A
# CAFC No. 2024-1566

**1. Related or prior cases**:

*PT. Zinus Global Indonesia v. United States*, Consol. Court No. 2021-00277 (Ct. of Int'l Trade)

*Best Mattresses International Company Limited et al v. United States*, Consol. Court No. 2021-00281 (Ct. Int'l Trade)

*Ashley Furniture Industries, LLC, et al.*, Court No. 2021-00283 (Ct. Int'l Trade)

*Brooklyn Bedding, LLC, et al. v. United States*, Court No. 2021-00285 (Ct. Int'l Trade)

*CVB, Inc. v. United States*, Court No. 2021-00288 (Ct. Int'l Trade)

*CVB, Inc. v. United States,* Court No. 2024-1504 (Fed. Circ.)

**2. Names of all parties involved in the cases listed above:**

Ashley Furniture Industries LLC
Ashley Furniture Trading Company
Best Mattresses International Company Ltd.
Brooklyn Bedding, LLC
Comfort Bedding Company Ltd.
Corsicana Mattress Company
CVB, Inc.
Elite Comfort Solutions
FXI, Inc.
Leggett & Platt, Incorporated
The International Brotherhood of Teamsters, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO
Innocor, Inc.
Kolcraft Enterprises Inc.
Millenium Furniture Co. Ltd.
PT. Zinus Global Indonesia
Rose Lion Furniture International Company Ltd.
Saffron Living Co., Ltd.
The United States
Wanek Furniture Co. Ltd.

**3. Names of all law firms, partners, and associates in the cases listed above:**

J. David Park, Henry D. Almond, Daniel R. Wilson, Leslie C. Bailey, Kang Woo Lee, and Gina Marie Colarusso, *Arnold & Porter Kaye Scholer, LLP*

Yohai Baisburd, Thomas M. Beline, Nicole Brunda, Jeffery B. Denning (*formerly*), Chase J. Dunn, Jack A. Levy (*formerly*), Margaret E. Monday, Sydney Reed, Sarah E. Shulman, Ulrika K. Swanson, *Cassidy Levy Kent (USA) LLP*

Bryan Patrick Cenko, Jill A. Cramer, Jeffrey Sheldon Grimson, Wenhui (Flora) Ji, Yixin (Cleo) Li, Kristin Heim Mowry, Jacob M. Reiskin, Sarah Marie Wyss, *Mowry & Grimson PLLC*

Hui Cao, Eric C. Emerson, *Steptoe & Johnson LLP*

Ryan M. Eletto, Geoffrey M. Goodale, Nathan J. Heeter, Brian H. Pandya, Andrew R. Sperl, Lauren E. Wyszomierski, *Duane Morris LLP*

Stephen G. Larson, Robert C. O'Brien, Paul A. Rigali, *Larson LLP*

Case: 24-1566    Document: 5    Page: 4    Filed: 03/18/2024