NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CVB, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Cross-Appellant*

**BROOKLYN BEDDING, LLC, CORSICANA MATTRESS CO., ELITE COMFORT SOLUTIONS, FXI, INC., INNOCOR, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INC., INTERNATIONAL BROTHERHOOD OF TEAMSTERS, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,**
*Defendants-Appellees*

---

2024-1504, 2024-1566

---

Appeals from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

(1) The appeals are consolidated as appeal and cross-appeal, and one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. CVB, Inc. ("CVB") is designated the Appellant. Appeal No. 2024-1566 is designated the cross-appeal.

(2) The briefing schedule for the consolidated appeals shall be as follows: CVB's principal brief, addressing Appeal No. 2024-1504, is due no later than April 22, 2024. The principal and response brief of the United States, addressing both appeals, is due no later than 40 days after service of CVB's principal brief. A response brief of Appellees Brooklyn Bedding, LLC, Corsicana Mattress Co., Elite Comfort Solutions, FXI, Inc., Innocor, Inc., Kolcraft Enterprises, Inc., Leggett & Platt, Inc., International Brotherhood of Teamsters, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO ("Appellees"), is due no later than 40 days after service of CVB's principal brief. CVB's response and reply brief, addressing both appeals, is due no later than 40 days after service of the United States' principal and response brief or Appellees' response brief, whichever is later. The United States' reply brief, addressing only Appeal No. 2024-1566, is due no later than 21 days after service of CVB's response and reply brief.

FOR THE COURT

March 20, 2024
Date

Jarrett B. Perlow
Clerk of Court