NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re UNITED STATES,**
*Defendant-Appellant*

2024-1566

Appeal from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

**O R D E R**

Upon consideration of the court's November 18, 2024 order,

IT IS ORDERED THAT:

(1) The amici briefs filed in Appeal No. 2024-1504 at ECF Nos. 54 and 59 are deemed docketed in this appeal.

(2) Within seven days from the date of entry of this order, amici are directed to file corrected briefs reflecting the caption of this appeal. Paper copies of the corrected amici

briefs are due no later than seven days thereafter.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 8, 2025
Date