NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re UNITED STATES,**
*Defendant-Appellant*

2024-1566

Appeal from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

**ON MOTION**

Before STARK, *Circuit Judge*.

**O R D E R**

Andrew J. Dhuey submits a letter to the court noting that in this appeal, "no party has or will defend" the underlying decision of the United States Court of International Trade and "offer[ing] to appear as *amicus curiae* to defend the decision under review." ECF No. 27 at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Mr. Dhuey is appointed as *amicus curiae* in support of the United States Court of International Trade's decision on appeal.

(2) Mr. Dhuey is directed to file an entry of appearance within seven days from the date of entry of this order.

(3) The brief *amicus curiae* is due no later than 40 days from the date of entry of this order. The United States's reply brief is due within 21 days of the date of service of the brief *amicus curiae*.

FOR THE COURT

February 20, 2025
Date

Jarrett B. Perlow
Clerk of Court