NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re UNITED STATES,**

*Defendant-Appellant*

2024-1566

Appeal from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

**ON MOTION**

**O R D E R**

Court-appointed *amicus curiae* Andrew J. Dhuey submits a motion seeking "access to all confidential filings in the docket of this appeal" and states that the United States has informed him that it will file an opposition to the motion. ECF No. 33 at 5. The filing also seeks an extension of time to file the brief *amicus curiae* if the court grants the motion.

Upon consideration thereof,

It Is Ordered That:

The deadline for the brief *amicus curiae* is stayed pending the court's consideration of the motion.

For the Court

March 18, 2025
Date

Jarrett B. Perlow
Clerk of Court