NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re UNITED STATES,**
*Defendant-Appellant*

2024-1566

Appeal from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

**ON MOTION**

Before WALLACH, *Circuit Judge*.

**ORDER**

Andrew J. Dhuey, who was granted leave to appear as amicus to defend the trial court's decision, moves for access to "all confidential filings in the docket of this appeal." Mot. at 1. The United States opposes. Mr. Dhuey replies.

Mr. Dhuey has not shown in the papers submitted that access to confidential filings is necessary for him to file his proposed amicus brief. The motion is denied without prejudice to Mr. Dhuey raising arguments in his brief why access to particular confidential information cited in the United States's brief is needed to assist the court.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. Any amicus brief from Mr. Dhuey is due no later than 14 days from the date of entry of this order.

FOR THE COURT

April 14, 2025
Date

Jarrett B. Perlow
Clerk of Court