**ANDREW J. DHUEY**
**ATTORNEY AT LAW**
**456 BOYNTON AVENUE**
**BERKELEY, CA 94707**

(510) 528-8200                                                                                                              ajdhuey@comcast.net

29 September 2025

Mr. Jarrett B. Perlow, Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re:   *In Re United States*, Case No. 24-1566

Dear Mr. Perlow:

I am a court-appointed *Amicus Curiae* in the above-captioned matter, which has been assigned to merits panel 2511C. Oral argument has been set for this case and companion Case No. 25-127 on Tuesday, November 4. The deadline for filing a Response to Notice of Oral Argument (Form 33) is this coming Friday, October 3.

As I stated at the end of the *amicus* brief I filed on 28 April 2025 (D.E. 40 at 29), I request the opportunity to participate in oral argument, should the panel find that helpful in reaching its decision. On 11 June 2025, a motions panel ordered that my request to participate in oral argument shall be decided by the merits panel assigned to this case (D.E. 48 at 6). Thus far the merits panel has not decided whether I may participate in oral argument. Absent an invitation from the Court, it would seem inappropriate for me to complete and file Form 33 at this time.

I will await guidance from the merits panel on how to proceed, given the approaching October 3 deadline. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Andrew J. Dhuey

Cc: all counsel via ECF service