# United States Court of Appeals for the Federal Circuit

---

**IN RE UNITED STATES,**

*Defendant-Appellant*

---

2024-1566

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

February 2, 2026
Date

Jarrett B. Perlow
Clerk of Court